# Court of Appeals
# of the State of Georgia

ATLANTA, August 18, 2022

*The Court of Appeals hereby passes the following order:*

**A23E0003. CHRISTOPHER HARRIS, AS GUARDIAN FOR CLEOPHUS HARRIS v. CRYSTAL HARRIS et al.**

Upon consideration of Appellant's Rule 40 (b) Emergency Motion in the above-styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/18/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*